---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Wyndston Millwork, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Acadian Architectural Woodwork** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4687514** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **250 East Willow Street**<br>**Ponchatoula, LA 70454-2451**<br>Number, Street, City, State & ZIP Code | **8900 Bluebonnet Boulevard**<br>**Baton Rouge, LA 70810**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Tangipahoa**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://2a2w.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

---

Debtor    **Wyndston Millwork, LLC**                                          Case number (*if known*) _____
_____
Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  __3372__

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Wyndston Millwork, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency

   Contact name

   Phone

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

| Debtor | **Wyndston Millwork, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Wyndston Millwork, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2025**
                          MM / DD / YYYY

**X** **/s/ Stephen Joseph French**                      **Stephen Joseph French**
Signature of authorized representative of debtor          Printed name

Title    **Manaer**

**18. Signature of attorney**

**X** **/s/ Ryan J. Richmond**                    Date   **April 28, 2025**
Signature of attorney for debtor                              MM / DD / YYYY

**Ryan J. Richmond**
Printed name

**Sternberg, Naccari & White, LLC**
Firm name

**450 Laurel Street**
**Suite 1450**
**Baton Rouge, LA 70801**
Number, Street, City, State & ZIP Code

Contact phone    **(225) 412-3667**          Email address    **ryan@snw.law**

**30688 LA**
Bar number and State

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA
### (Local Form 1)

In re   **Wyndston Millwork, LLC**_____   Case No. _____

Debtor(s)

## MAILING LIST

### Verification

Penalties for making a false statement or for concealing property are a fine of up to $5000.00 or imprisonment for up to five (5) years, or both. (18 U.S.C. §152 and 3571).

### DECLARATION

**We declare under penalty of perjury that the foregoing mailing list, comprising __12__ pages, is true and correct. Signed on _April 28, 2025_.**

Signed:   **/s/ Stephen Joseph French**_____
          **Stephen Joseph French**
          **Manaer**


Signed:   **/s/ Ryan J. Richmond**_____
          **Ryan J. Richmond**
          **Sternberg, Naccari & White, LLC**
          **450 Laurel Street**
          **Suite 1450**
          **Baton Rouge, LA 70801**
          Telephone: **(225) 412-3667**
          Facsimile: **(225) 286-3046**
          E-Mail: **ryan@snw.law**
          (ATTORNEY FOR THE DEBTOR)

1st Guaranty Bank
P.O. Box 2009
Hammond, LA 70401

250 Willow, LLC
3924 Edenborn Avenue
Metairie, LA 70002

Acadian Hardwood & Cypress
#1 Industrial Parkway
Ponchatoula, LA 70454-8303

Alled Interstate
United Healthcare
P.O. Box 5002
Fogelsville, PA 18051

American Bank & Trust
506 SW Railroad Avenue
Hammond, LA 70403

American Express
P.O. Box 650448
Dallas, TX 75265

American Express
1801 NW 66th Avenue
Suite 103
Fort Lauderdale, FL 33313

American Express
P.O. Box 9001108
Louisville, KY 40290-1108

American Express
Carol Stream, IL 60197

American Stairway
P.O. Box 628744
Orlando, FL 32862-8744

Ascension Parish
Sales Tax Authority
P.O. Box 1718
Gonzales, LA 70707-1718

Austin Reprographics, Inc.
1800 W. Causeway
Suite 100
Mandeville, LA 70471

Banner Solutions
P.O. Box 954589
Saint Louis, MO 63195-4589

Barnett Millworks, Inc.
P.O. Box 389
Theodore, AL 36590-0389

Becket and Lee LLP
P.O. Box 3002
Malvern, PA 19355-0702

Best Deal Millworks
15178 Florida Boulevard
Baton Rouge, LA 70819

Better Home Products
620 W. Southlake Boulevard
Southlake, TX 76092

Brazos Forest Products
6865 Magnolia Beach Road
Suite F
Denham Springs, LA 70706

BXS Insurance
2909 13th Street
4th Floor
Gulfport, MS 39501

Cadence Insurance
Dept. #2000
Tupelo, MS 38803

CAI Software, LLC
24 Albion Road
Lincoln, RI 02865

Carter Millwork, Inc.
P.O. Box 189
Linwood, NC 27299

Charter Communications
P.O. Box 742614
Cincinnati, OH 45274-2614

City of Baton Rouge
P.O. Box 1471
Baton Rouge, LA 70821

City of Baton Rouge
Department of Finance
P.O. Box 2590
Baton Rouge, LA 70821-2590

City of Baton Rouge, Revenue Division
222 St. Louis Street
Room 404
Baton Rouge, LA 70802

City of New Orleans
Department of Finance
Bureau of Revenue - Sales Tax
1300 Perdido Street, Suite 1W15
New Orleans, LA 70112

City of New Orleans
1300 Perdido Street
Room 1W38
New Orleans, LA 70112

City of New Orleans
Dept. of Finance
P.O. Box 61840
New Orleans, LA 70161-1840

City of Ponchatoula
125 West Hickory Street
Ponchatoula, LA 70454

Coffman Stairs, LLC
P.O. Box 83070
Chicago, IL 60691-3010

Colonial Life
P.O. Box 903
Columbia, SC 29202-0903

Daigle Fisse & Kessenich
8900 Bluebonnet Boulevard
Baton Rouge, LA 70810

Dakota Premium Hardwoods
P.O. Box 840764
Dallas, TX 75284

Deltana Enterprises, Inc.
10820 N.W. 29th Street
Miami, FL 33172

Dept. of Children & Family Servs.
P.O. Box 260222
Baton Rouge, LA 70826

Diamond Rigging Corp.
680 Kingsland Drive
Batavia, IL 60510

Discover
P.O. Box 6105
Carol Stream, IL 60197-6105

Elevate Windows
1850 Westpark Drive
Grand Prairie, TX 75050

Emtek Products, Inc.
P.O. Box 31001-0823
Pasadena, CA 91110-0823

Entergy
P.O. Box 8108
Baton Rouge, LA 70891-8108

Entergy
639 Loyola Avenue
28th Floor
New Orleans, LA 70113

Entergy
P.O. Box 8103
Baton Rouge, LA 70891-8103

Entergy Credit Dept.
Blgd 1, L-JEF-359
4809 Jefferson Highway
Jefferson, LA 70121

Entergy New Orleans, LLC
350 Pine Street
12th Floor
Beaumont, TX 77701

Entergy New Orleans, LLC
1600 Perdido Street
New Orleans, LA 70112

Entergy Services, LLC
L-ENT-26C
630 Loyola Avenue
New Orleans, LA 70113

Express Employment
P.O. Box 203901
Dallas, TX 75320-3901

Express Waste
8636 Florida Boulevard
Denham Springs, LA 70726

Faulk & Winkler
6811 Jefferson Highway
Baton Rouge, LA 70806

First Guranty Bank
400 E. Thomas Street
Hammond, LA 70401

First Guranty Bank
P.O. Box 2009
Hammond, LA 70401

Florida Department of Revenue
P. O. Box 6668
Tallahassee, FL 32314-6668

Florida Department of Revenue
P.O. Box 37372
Tallahassee, FL 32315-7372

Florida Department of Revenue
5050 W. Tennesse Street
Tallahassee, FL 32399-0125

Fusion Funding
88 Pine Street
Suite 2202
New York, NY 10005

Fusion Funding
3323 NE 163rd St
Suite 604
North Miami Beach, FL 33160

Gaiennie Lumber Co
619 W Grolee Street
Opelousas, LA 70570

Gaiennie Lumber Company
P.O. Box 1240
New Orleans, LA 70154

Gas and Supply
125 Thuway Park
Broussard, LA 70518-3601

Glasscraft Door Corp.
2002 Brittmore Road
Houston, TX 77043

Goldberg Brothers, Inc.
10488 Centennial Road
Littleton, CO 80127

Grindclean Lubricants LLC
403 Teague Town Road
Taylorsville, NC 28681

Guardian
P.O. Box 677458
Dallas, TX 75267-7458

Guardian Computer
3500 N. Causeway Boulevard
Suite 435
Metairie, LA 70002

Hager Companies
P.O. Box 953057
Saint Louis, MO 63195-3057

HB&G Companies
P.O. Box 919851
Orlando, FL 32891-9851

Hoelscher Weatherstrip Mfg.
2400 S. Persimmon Street
Tomball, TX 77375

Iberville Parish
Sales Tax Dept.
P.O. Box 355
Plaquemine, LA 70765-0355

Iberville Parish School Board
Sales & Use Tax Dept.
P.O. Box 9770
New Iberia, LA 70562-9770

IHS Door Company
1505 N. 8th Street
Superior, WI 54880

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Development Serv.
7900 East Union Avenue
Suite 1100
CO 80327

Intuit Quickbooks
2800 E. Commerce Center Place
Tucson, AZ 85706

Intuit Quickbooks Payroll
P.O. Box 1659
Milton, WA 98354-1659

Jefferson Parish
Sales Tax Division
P.O. Box 248
Gretna, LA 70054-0248

Jefferson Parish Tax Collector
Sales Tax Division
P.O. Box 248
Gretna, LA 70054

John Wright Company, Inc.
645 Lancaster Pike
Dallas, TX 75320-2637

Jones Fussell, LLP
1001 Highway 190 East Service Rd.
Covington, LA 70433

KVAL, Inc.
825 Petaluma Blvd. South
Petaluma, CA 94952

LA Workforce Commission
1001 N. 23rd Street
Baton Rouge, LA 70802

Lafourche Parish School Board
Sales & Use Tax Dept.
P.O. Box 997
Thibodaux, LA 70302

Liberty Mutual
175 Bereley Street
Boston, MA 02116

Livingston Parish School Board
P.O. Box 1030
Livingston, LA 70754-1030

Louisiana Building Specialties
4950 Johnston Street
Lafayette, LA 70503

Louisiana Department of Revenue
P.O. Box 66658
Baton Rouge, LA 70896-6658

LUBA Works' Comp.
P.O. Box 98082
Baton Rouge, LA 70898-9082

M & L Industries, Inc.
1210 St. Charles
Houma, LA 70360

M&R Resources, LLC
47037 Conrad Anderson Street
Hammond, LA 70401

MGR Law
100 Merrick Road
#W212
Rockville Centre, NY 11570

Mike Whitsell & Associates LLC
3924 Edenborn Avenue
Metairie, LA 70002

Moulding & Millwork Supply
5601 Caterpillar Point
Harahan, LA 70123

Northshore Home Builders Assoc.
28603 Krentel Road
Lacombe, LA 70445

ODL, Inc.
P.O. Box 535219
Atlanta, GA 30353-5219

Office of the U.S. Trustee
600 S. Maestri Place
Suite 840-T
New Orleans, LA 70130

P.O. Box 23367
New Orleans, LA 70183


Parish of St. Bernard
Sales & Use Tax Dept.
P.O. Box 168
Chalmette, LA 70044

Patricia McCarty
115 Nobile Drive
Belle Chasse, LA 70037

Plaquemines Parish
8056 Highway 23
Suite 201C
Belle Chasse, LA 70037

PLM/ILM Insurance Company
P. O. Box 826558
Philadelphia, PA 19182-6558

Pointe Coupee Parish
Sales & Tax Dept.
P.O. Box 290
New Roads, LA 70760

Prestige Entries
25 Highland Park Village
#100-526
Dallas, TX 75205

R.D. Billhoffer Company
270 Upton Drive
Jackson, MS 39209

Retirement Strategies Group
800 W. Commerce Road
Suite 1060
New Orleans, LA 70123-3328

S&S Sprinkler Co. LLC
P.O. Box 7453
Mobile, AL 36670

Sharpening Center of LA Inc
1800 W. Causeway
Mandeville, LA 70471

Sierra Pacific Industries
575 S. Whelen Avenue
Medford, WI 54451

Small Business Administration
365 Canal Street
New Orleans, LA 70130

Southeastern Freight Lines
P.O. Box 105024
Atlanta, GA 30348-5024

Southwest Moulding Co.
P.O. Box 842995
Dallas, TX 75284-2995

St. Charles Parish School Board
Sales & Use Tax Dept.
13855 River Road
Luling, LA 70070

St. James Parish School Board
Sales & Use Tax Dept.
P.O. Box 368
Lutcher, LA 70071

St. John the Baptiste School Board
Sales & Use Tax
P.O. Box 2066
La Place, LA 70069-2066

St. Tammany Glass LLC
1250 Collins Boulevard
Covington, LA 70433

St. Tammany Parish
Sales & Use Tax Division
P.O. Box 61080
New Orleans, LA 70161-1080

St. Tammany Parish
Tax Collector
Northlake Corporate Park
Suite 103
New Orleans, LA 70161-1080

State Farm Insurance
P.O. Box 588002
North Metro, GA 30029-8002

State Farm Insurance Premium Vehicles
P.O. Box 52251
Phoenix, AZ 85072

Stephen Joseph French
212 Shady Lake Parkway
Baton Rouge, LA 70810

Sterling Petroleum Products
401 Commerce Point A
Harahan, LA 70123

Summit Specialty Int'l
1350 Union Hill Road
Suite B
Alpharetta, GA 30004

Tangipahoa Parish School Board
P.O. Box 159
Amite, LA 70422-0159

Tangipahoa Parish Sheriff
154475 W. Club Deluxe Road
Amite, LA 70422-0159

Terrebonne Parish
Sales & Use Tax Dept.
P.O. Box 760
Houma, LA 70361

The Commerical Colletion Corp of NY INC
34 Seymour Street
Tonawanda, NY 14150

The Sharpening Center
843 W. 5th Street
La Place, LA 70068

Timeips
Attn: Acct Receivable
5445 E. 54th Street
Valley Center, KS 67147-8707

Tru Stile Doors, Inc.
P.O. Box 208698
Dallas, TX 75320-8698

U.S. Attorney, Eastern District of LA
650 Poydras Street
Suite 1600
New Orleans, LA 70130-7212

U.S. Lumber Group, Inc.
P.O. Box 402264
Atlanta, GA 30384-2264

U.S. Small Business Administration
365 Canal Street
Suite 2820
New Orleans, LA 70130

U.S. Small Business Administration
500 Poydras Street
Suite 828
New Orleans, LA 70130

U.S. Small Business Administration
200 West Santa Ana Blvd.
Suite 740
Santa Ana, CA 92701

U.S. Small Business Administration
P.O. Box 740192
Atlanta, GA 30374-0192

Unicarriers Capital
P.O. Box 41602
Philadelphia, PA 19101-1602

Universal Premium
P.O. Box 70995
Charlotte, NC 28272-0995

Washington Parish Sheriff
Sales & Use Tax Dept.
P.O. Drawer 508
Franklinton, LA 70438

Wincore Windows & Doors
250 Stauton Turnpike
Parkersburg, WV 26104

Woodgrain Millwork, Inc.
P.O. Box 202637
Dallas, TX 75320-2637

Wyndston Services LLC
212 Shady Lake Parkway
Baton Rouge, LA 70810

# UNANIMOUS WRITTEN CONSENT
## OF
## THE SOLE MEMBERS AND MANAGERS
## OF
## WYNDSTON MILLWORK, LLC D/B/A ACADIAN ARCHITECTURAL MILLWORK

---

Stephen Joseph French and Wendi Couvillion French (collectively, "Members"), holders of 100% of the outstanding equity securities of Wyndston Millwork, LLC d/b/a Acadian Architectural Millwork (the "Company"), as well as the sole manager of the Company, hereby agree and consent to the adoption of the following resolutions (the "Resolutions") effective as of Wednesday, April 9, 2025:

**RESOLVED** that, the undersigned, who are the sole members of the Company and who represent 100% of the Company's voting interests, have determined that it is advisable and in the best interests of the Company that the Company file a voluntary petition seeking relief under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in which reorganization of the Company will be sought; and the filing of such petition be, and it hereby is, authorized in all respects.

**RESOLVED** that Stephen Joseph French be and is hereby appointed as the authorized signatory (the "Authorized Signatory") of the Company in connection with the Subchapter V proceedings authorized herein.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute, deliver and verify or certify a petition under Subchapter V of Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Courts for either the Middle or Eastern Districts of Louisiana (the "Bankruptcy Court") at such time as the Authorized Signatory executing the same shall determine.

**RESOLVED**, that the Authorized Signatory be, and is hereby authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute and file all petitions, schedules, lists, pleadings and other papers, and any amendments or modifications of the above, and to take any and all actions that the Authorized Signatory may deem necessary, proper or desirable in connection with the Subchapter V case.

**RESOLVED**, that Sternberg, Naccari & White, LLC ("Sternberg") be and it is hereby employed to render legal services to, and to represent the Company in connection with the Subchapter V bankruptcy case as set forth in Sternberg's engagement agreement and any other related matters in connection therewith, on such terms as the Authorized Signatory shall approve.

**RESOLVED**, that the Company shall provide Sternberg with a retainer of $21,738.00, which consists of a legal services retainer of $20,000.00 for Sternberg's attorneys' fees and costs and the applicable Chapter 11 filing fee of $1,738.00.



**RESOLVED**, that to the extent any equity security holder of the Company has paid or does pay all or a portion of Sternberg's retainer, such payment(s) shall not be considered a loan to the Company, but rather a contribution to equity.

**RESOLVED**, that an Authorized Signatory be, and is hereby authorized, empowered, and directed for, on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper, or desirable.

**RESOLVED**, that the Authorized Signatory and any employees or agents (including counsel) designated by or directed by the Authorized Signatory, be, and is hereby authorized, empowered and directed to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities certificates or other documents, and to take such other actions, as in the judgment of an Authorized Signatory shall be necessary, proper, desirable and consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed to cause all fees, costs and expenses related to the consummation of the transactions contemplated by the foregoing resolutions, which any of the Authorized Signatory determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the payment of such fees, costs and expenses being conclusive evidence of such authority.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed to execute and deliver any and all documents and instruments deemed necessary or appropriate by the Authorized Signatory, and to take any and all such further action, in the name of and on behalf of the Company, which the Authorized Signatory determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the signature of the Authorized Signatory being conclusive evidence of such authority.

**RESOLVED** that the Authorized Signatory be and is hereby authorized, empowered, and directed for, and on behalf of, and in the name of, the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing Resolutions.

**RESOLVED**, that all actions heretofore or hereafter taken by the Authorized Signatory, employee, or agent (including counsel) of the Company within the terms of the foregoing resolutions be and they are hereby ratified, confirmed, authorized, and approved as the act and deed of the Company.

**RESOLVED**, that the Authorized Signatory, be, and is hereby authorized and empowered to certify on behalf of the Company, as to all matters pertaining to the acts, transactions or agreements contemplated in any of the foregoing resolutions.

 

2

**RESOLVED**, that the undersigned members and managers acknowledge and agree that Sternberg has made no promise or guarantee regarding the outcome of any legal matter.

**RESOLVED**, that the undersigned members and managers acknowledge that Sternberg does not represent them, individually, but rather that Sternberg represents the Company, a separate and distinct juridical person, and thus, it may be in undersigneds' best interests to retain separate legal counsel, individually.

**RESOLVED**, that the undersigned members and managers are aware of and acknowledge that they may be the subject of actions under Chapter 5 of the Bankruptcy Code and/or non-bankruptcy law, and thus, it may be in their best interests to retain legal counsel, individually.

**RESOLVED**, that the undersigned is aware of and acknowledges that the automatic stay under § 362(a) of the Bankruptcy Code does not extend to them, and thus, (i) creditors may pursue actions against insiders and affiliates of the Company to the extent they are co-obligors or guarantors of the Company and (ii) if Company requests that Sternberg seek an extension of the automatic stay to the undersigned, the likelihood of obtaining such relief is extremely low because bankruptcy courts historically do not extend the automatic stay to non-debtors.

**READ AND AGREED TO**:

_Wendi Couvillion French_
4797BAF90653415...
_____        Date: _4/9/2025_____
By: Wendi Couvillion French
Its: Member, Manager


_Stephen French_
C668D6C0F36441D...
_____        Date: _4/9/2025_____
By: Stephen Joseph French
Its: Member, Manager

3